■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE GRANT, Appellant. [666 NYS2d 70] —Judgment unanimously affirmed. Memorandum: Defendant contends that Supreme Court erred in refusing to discharge for cause a pro-

spective juror who was related to two members of a local law enforcement agency. We disagree. That prospective juror expressed in unequivocal terms her ability to render a fair and impartial verdict based upon the evidence presented at trial (*see, People v Blyden,* 55 NY2d 73, 77-78).

The jury's verdict is not against the weight of the evidence (*see, People v Bleakley,* 69 NY2d 490, 495). Defendant failed to preserve for our review his challenge to the court's alibi charge (*see,* CPL 470.05 [2]; *People v Bloom,* 241 AD2d 975). We decline to exercise our power to review that contention as a matter of discretion in the interest of justice (*see, People v Bloom, supra*). (Appeal from Judgment of Supreme Court, Monroe County, Sheridan, J.—Burglary, 3rd Degree.) Present—Denman, P. J., Lawton, Hayes, Balio and Boehm, JJ.